## 15667

WALL v. FLETCHER *ET AL.*
(31 S. E. (2d), 147)

*Messrs. DePass & DePass,* of Spartanburg, S. C., Counsel for Appellant,

*Mr. Donald Russell, Mr. C. E. Daniel,* and *Messrs. Osborne, Butler & Moore,* all of Spartanburg, S. C., Counsel for Respondents,

July 25, 1944.

PER CURIAM:

The opinion in the case of *Mason v. Williams et al.,* 205 S. C., 130, 31 S. E. (2d), 140, is controlling of the ultimate issue in this case, and renders unnecessary a decision of the questions raised by this appeal.

Appeal dismissed.

MR. CHIEF JUSTICE BAKER, MESSRS. ASSOCIATE JUSTICES FISHBURNE and STUKES, and CIRCUIT JUDGES G. DUNCAN BELLINGER and L. D. LIDE, ACTING ASSOCIATE JUSTICES, concur.